UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY LYNN ARMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00905-CDB (SS)<br><br>ORDER ADVISING PARTIES OF AMENDMENT TO LOCAL RULE AND POSSIBLE REASSIGNMENT OF CASE TO SACRAMENTO DIVISION<br><br>**14-DAY DEADLINE**<br><br>CLERK OF COURT TO TRANSMIT CONSENT/DECLINE FORMS TO PARTIES |

　　　　Effective August 7, 2023, Local Rule 120, of the Local Rules of the United States District Court, Eastern District of California, was amended. *See* General Order No. 666. Prior to amendment, Local Rule 120(d) provided that "[a]ll civil and criminal actions and proceedings of every nature and kind . . . arising in," among other counties, the counties of Calaveras, and Stanislaus, "shall be commenced in the United States District Court sitting in Fresno, California, and in Bakersfield, California, Yosemite National Park[,] or other designated places." As now amended, Local Rule 120(d) provides that as for actions arising in the counties of Calaveras or Stanislaus, such actions shall now "be commenced in the United States Court sitting [in] Sacramento, California, and in Redding, California, or other designated places within those counties."

In light of the amended Local Rule 120(d), the parties are advised that, as this is an action or proceeding that arises in either the county of either Calaveras or Stanislaus, this case will be transferred out of the District Court in the Bakersfield division, and to the District Court in the Sacramento division.  Before the case is transferred, the Court issues this order to advise the parties that if they wish to keep this case in the Bakersfield division, they may consent to magistrate judge jurisdiction, and this case will remain in the Bakersfield division and will be assigned to the current Magistrate Judge already assigned to this action.  If the parties do not consent to Magistrate Judge jurisdiction, this action will be transferred out of the Bakersfield division, and a new District Judge and Magistrate Judge will be assigned.

To consent or decline to magistrate judge jurisdiction, a party may sign and file the consent/decline form transmitted with this Order.  Parties may consent, decline or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual party's holding or withholding of consent.

Accordingly, **within 14 days** of the date of service of this order, any party that has not yet filed a consent to Magistrate Judge jurisdiction form may do so, and if all parties consent, this action will remain in the Bakersfield division, otherwise, the case will be transferred to the Sacramento division and a new District Judge and Magistrate Judge will be assigned.

The Clerk of Court is DIRECTED to transmit to the parties contemporaneous with this Order a Magistrate Judge Jurisdiction Consent/Decline form.

IT IS SO ORDERED.

Dated:   **August 16, 2023**                                      _____
                                                                                                  UNITED STATES MAGISTRATE JUDGE